UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LISELOTTE SCHROTH MORICE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-10950** |
| **STATE FARM FIRE AND CASUALTY INSURANCE COMPANY** | **SECTION "C" (3)** |

## ORDER

The Court, after considering the Intervenor's Complaint filed by David Band, PLC (Doc. # 47), the application for attorney's fees (Doc. #61), the entire record, the applicable law, the Magistrate Judge's Report and Recommendation (Doc. #86) and the objections of the Intervenor thereto (Doc. # 87), and having conducted a *de novo* review of the record, hereby approves the aforesaid Findings and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that Intervenor's Motion for Attorney's Fees [Doc. #61] is hereby GRANTED IN PART in the total amount of Eight Hundred ($800.00) Dollars.

New Orleans, Louisiana, this 9th day October, 2009.

UNITED STATES DISTRICT JUDGE